

**Superior Court of the District of Columbia**
CIVIL DIVISION
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Logan Russell Farrell_
_____
Plaintiff

**2021    4347**

vs.

_United States of America_
_Department of Justice / Blake A. Weiner_
Defendant

Case Number _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Logan Russell Farrell_
Name of Plaintiff's Attorney

_1355 New York avenue N.E._
Address
_Washington, D.C. 20002_

_301-868-3457_
Telephone

加 需 翻譯, 请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828로 전화주십시오.         የአማርኛ ትርጉም ለማግኘት (202) 879-4828        ይደውሉ

Clerk of the Court

By _____
Deputy Clerk

Date _11-22-2021_

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME_.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traduccion al español

**Civil Division**
DEC 0 7 2021
**US Attorney's Office DC**





## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                                    Demandante

        contra

_____                    Número de Caso: _____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____        *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

_____        Por: _____
Dirección                                                          Subsecretario

_____

_____        Fecha _____
Teléfono

如需翻译，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bản dịch, hãy gọi (202) 879-4828

만약 번역이 필요하시면 (202) 879-4828 로 전화주십시오        የትርጉም እርዳታ ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Case No.  **2 0 2 1     4 3 4 7**

**COMPLAINT**
Jurisdiction of this Court is founded on D.C. Code § 11-921.

_Logan Russell Farrell_
PLAINTIFF

_1355 New York avenue N.E._
Address (No Post Office Boxes)

_Washington, D.C. 20002_
City       State       Zip Code

_301-868-3457_
Telephone Number

_N/A_
Email Address (optional)

vs

_United States of America_
_Department of Justice/DOJ-USAO_
_Attorney: Blake A. Weiner_
DEFENDANT

_555 4th street N.W._
Address (No Post Office Boxes)

_Washington, D.C. 20530_
City       State       Zip Code

_202-803-1604_
Telephone Number

_blake.weiner@usdoj.gov_
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

_United States of America, Department of Justice and district attorney_
_office committed identity theft and social security fraud by obtaining_
_D.C., superior court docket/presentence investigation reports and_
_Metropolitan Police Department criminal history records to illegaly help_
_another unlawfully possessing vital personal identifying documents_
_such as bank statements, social security benefits/card and medical/insur-_
_ance number to steal my identity for malicious financial gain/fraud._

2. What relief are you requesting from the Court? Include any request for money damages.

_United States of America, Department of Justice and The District of_
_Columbia is at fault for the above mentioned fraud and identity theft_
_and is liable for damage's acquireing compensation in the amount of_
_Fifty-two million dollars $52,000,000.00_

3.   State any other information, of which the Court should be aware:

Dureing 2016 (Fbop) Federal Bureau of Prisons fci(federal correctional institution) West Virginia, Gilmer. Social security W-2 tax wages $14,200 and ssi overpayment $4,650 dollars/ Dureing 2018 (Fbop) Federal Bureau of Prisons usp (United States prisons) Allenwood, Pennsylvania. social security W-2 tax wages $42,600 and ssi overpayment $4,650 dollars 2016-2018 wages earned at Bravo, inc natural resources/ south dakota employer. Antonio Barren

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_Lyan Russell Farrell_
**SIGNATURE**

_11-22-2021_
**DATE**

Subscribed and sworn to before me this _____22nd_____ day of ____November____ 20_21_.

_____
(Notary Public/Deputy Clerk)

2



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Logan Russell Farrell
*Plaintiff(s)*

v. Case No: 2021 CA 004256 B

United States of America Department of Justice
*Defendant(s)*

## NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
United States of America Department of Justice
555 4th Street N.W.

Washington, DC 20530

The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).

Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.

If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.

This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 11/24/2021.

[signature] 11/24/2021
*Signature* *Date of Signature*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

I (print name) ______________________________ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): ______________________________

______________________________

______________________________

| *Signature* | *Relationship to Defendant/Authority to Receive Service* | *Date of Signature* |
|---|---|---|

Para pedir una traducción, llame al (202) 879-4828
如需翻译,请打电话 (202) 879-4828
Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828
የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ
번역을 원하시면, (202) 879-4828 로 전화주십시요



The page is too faded and degraded to reliably transcribe its body text.



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Telephone: (202) 879-1133 • Website: www.dccourts.gov**

LOGAN RUSSELL FARRELL
Vs.                                                                      C.A. No.        2021 CA 004347 B
UNITED STATES OF AMERICA DEPARTMENT OF JUSTICE

### INITIAL ORDER AND ADDENDUM

**Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure
("Super. Ct. Civ. R.") 40-I, it is hereby** ORDERED **as follows:**

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to:  Judge HIRAM E PUIG-LUGO
Date:        November 22, 2021
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, February 25, 2022
Location:   Courtroom 318
            500 Indiana Avenue N.W.
            WASHINGTON, DC  20001

CAIO-60

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides,   "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC.  D.C. Code § 16-2825  Two  separate  Early  Mediation  Forms  are  available.    Both  forms  may  be  obtained  at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation.  D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation.  D.C. Code§ 16-2826.  Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits.  The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

CAIO-60

**Civil Remote Hearing Instructions for Participants**

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option1: (AUDIO ONLY/Dial-in by Phone):**

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise.  If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the **Audio Alternative**

**Option 2: (LAPTOP/ DESKTOP USERS 1):**

Open Web Browser in Google Chrome and copy and paste following address from the next page:
https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3: (LAPTOP/ DESKTOP USERS 2):**

Open Web Browser in Google Chrome and copy and paste following address
https://dccourts.webex.com  Select **Join**, enter the Meeting ID from the next page

**AUDIO ALTERNATIVE:**  Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window.  Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.



**Option 4: (Ipad/SMART PHONE/TABLET):**

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be
- seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

**For Technical Questions or issues Call: (202) 879-1928, Option #2**

CAIO-60

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | **WebEx Direct URL** | **WebEx Meeting ID** |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

CAIO-60

| | | | | |
|---|---|---|---|---|
| [illegible] | | [illegible] | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | [illegible] |
| [illegible] | | [illegible] | Civil 2 Scheduling Conferences, Status, Motions and Evidentiary Hearings including Bench Trials | [illegible] |
| [illegible] | | [illegible] | | S16 |
| [illegible] | | [illegible] | | S19 |
| [illegible] | | [illegible] | | L4 |
| [illegible] | | [illegible] | Housing [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] |

| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
|---|---|---|---|
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET     **2021     4347**

Logan Russell Farrell

Case Number: _____

United States of America
Department of Justice DOJ-USA

Date: _____

☐ One of the defendants is being sued
in their official capacity.

Name: *(Please Print)*
**Logan Russell Farrell**

Firm Name:
**Pro-Se**

Telephone No.:            Six digit Unified Bar No.:
**301-868-3457**

Relationship to Lawsuit

☐ Attorney for Plaintiff
☑ Self (Pro Se)
☐ Other: _____

TYPE OF CASE: ☑ Non-Jury      ☐ 6 Person Jury      ☐ 12 Person Jury
Demand: $ **52,000,000.00** _____      Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____   Judge: _____   Calendar #:_____

Case No.:_____   Judge: _____   Calendar#:_____

| NATURE OF SUIT:      *(Check One Box Only)* |
|---|

## A. CONTRACTS

**COLLECTION CASES**

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation
   Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation
   Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
   Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation
   Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation
   Under $25,000 Consent Denied

## B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

## C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☐ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☑ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile,
   Not Malpractice)

☐ 17 Personal Injury- (Not Automobile,
   Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE      IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  (DC Code § 11-941)
- ☐ 10  Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

_____
Date

CV-496/ June 2015



# AMENDMENTS

### TO THE

# CONSTITUTION OF THE UNITED STATES
## OF AMERICA

23



# ARTICLES IN ADDITION TO, AND AMENDMENT OF, THE CONSTITUTION OF THE UNITED STATES OF AMERICA, PROPOSED BY CONGRESS, AND RATIFIED BY THE SEVERAL STATES, PURSUANT TO THE FIFTH ARTICLE OF THE ORIGINAL CONSTITUTION [1]

## AMENDMENT [I.] [2]

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people

[1] In *Dillon v. Gloss*, 256 U.S. 368 (1921), the Supreme Court stated that it would take judicial notice of the date on which a State ratified a proposed constitutional amendment. Accordingly the Court consulted the State journals to determine the dates on which each house of the legislature of certain States ratified the Eighteenth Amendment. It, therefore, follows that the date on which the governor approved the ratification, or the date on which the secretary of state of a given State certified the ratification, or the date on which the Secretary of State of the United States received a copy of said certificate, or the date on which he proclaimed that the amendment had been ratified are not controlling. Hence, the ratification date given in the following notes is the date on which the legislature of a given State approved the particular amendment (signature by the speaker or presiding officers of both houses being considered a part of the ratification of the "legislature"). When that date is not available, the date given is that on which it was approved by the governor or certified by the secretary of state of the particular State. In each case such fact has been noted. Except as otherwise indicated information as to ratification is based on data supplied by the Department of State.

[2] Brackets enclosing an amendment number indicate that the number was not specifically assigned in the resolution proposing the amendment. It will be seen, accordingly, that only the Thirteenth, Fourteenth, Fifteenth, and Sixteenth Amendments were thus technically ratified by number. The first ten amendments along with two others that were not ratified were proposed by Congress on September 25, 1789, when they passed the Senate, having previously passed the House on September 24 (1 *Annals of Congress* 88, 913). They appear officially in 1 Stat. 97. Ratification was completed on December 15, 1791, when the eleventh State (Virginia) approved these amendments, there being then 14 States in the Union.

The several state legislatures ratified the first ten amendments to the Constitution on the following dates: New Jersey, November 20, 1789; Maryland, December 19, 1789; North Carolina, December 22, 1789; South Carolina, January 19, 1790; New Hampshire, January 25, 1790; Delaware, January 28, 1790; New York, February 27, 1790; Pennsylvania, March 10, 1790; Rhode Island, June 7, 1790; Vermont, November 3, 1791; Virginia, December 15, 1791. The two amendments that then failed of ratification prescribed the ratio of representation to population in the House, and specified that no law varying the compensation of members of Congress should be effective until after an intervening election of Representatives. The first was ratified by ten States (one short of the requisite number) and the second, by six States; subsequently, this second proposal was taken up by the States in the period 1980–1992 and was proclaimed as ratified as of May 7, 1992. Connecticut, Georgia, and Massachusetts ratified the first ten amendments in 1939.

peaceably to assemble, and to petition the Government for a re-
dress of grievances.

### AMENDMENT [II.]

A well regulated Militia, being necessary to the security of
a free State, the right of the people to keep and bear Arms,
shall not be infringed.

### AMENDMENT [III.]

No Soldier shall, in time of peace be quartered in any
house, without the consent of the Owner, nor in time of war,
but in a manner to be prescribed by law.

### AMENDMENT [IV.]

The right of the people to be secure in their persons,
houses, papers, and effects, against unreasonable searches and
seizures, shall not be violated, and no Warrants shall issue, but
upon probable cause, supported by Oath or affirmation, and
particularly describing the place to be searched, and the per-
sons or things to be seized.

### AMENDMENT [V.]

No person shall be held to answer for a capital, or other-
wise infamous crime, unless on a presentment or indictment of
a Grand Jury, except in cases arising in the land or naval
forces, or in the Militia, when in actual service in time of War
or public danger; nor shall any person be subject for the same
offence to be twice put in jeopardy of life or limb; nor shall be
compelled in any criminal case to be a witness against himself,
nor be deprived of life, liberty, or property, without due process
of law; nor shall private property be taken for public use, with-
out just compensation.

### Amendment [VI.]

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence.

### Amendment [VII.]

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

### Amendment [VIII.]

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

### Amendment [IX.]

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

### Amendment [X.]

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

### AMENDMENT [XI.] [3]

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one on the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

### AMENDMENT [XII.] [4]

The Electors shall meet in their respective states and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as

---

[3] The Eleventh Amendment was proposed by Congress on March 4, 1794, when it passed the House, 4 *Annals of Congress* 477, 478, having previously passed the Senate on January 14, Id., 30, 31. It appears officially in 1 Stat. 402. Ratification was completed on February 7, 1795, when the twelfth State (North Carolina) approved the amendment, there being then 15 States in the Union. Official announcement of ratification was not made until January 8, 1798, when President John Adams in a message to Congress stated that the Eleventh Amendment had been adopted by three-fourths of the States and that it "may now be deemed to be a part of the Constitution." In the interim South Carolina had ratified, and Tennessee had been admitted into the Union as the sixteenth State.

The several state legislatures ratified the Eleventh Amendment on the following dates: New York, March 27, 1794; Rhode Island, March 31, 1794; Connecticut, May 8, 1794; New Hampshire, June 16, 1794; Massachusetts, June 26, 1794; Vermont, between October 9 and November 9, 1794; Virginia, November 18, 1794; Georgia, November 29, 1794; Kentucky, December 7, 1794; Maryland, December 26, 1794; Delaware, January 23, 1795; North Carolina, February 7, 1795; South Carolina, December 4, 1797.

[4] The Twelfth Amendment was proposed by Congress on December 9, 1803, when it passed the House, 13 *Annals of Congress* 775, 776, having previously passed the Senate on December 2. Id., 209. It appears officially in 2 Stat. 306. Ratification was probably completed on June 15, 1804, when the legislature of the thirteenth State (New Hampshire) approved the amendment, there being then 17 States in the Union. The Governor of New Hampshire, however, vetoed this act of the legislature on June 20, and the act failed to pass again by two-thirds vote then required by the state constitution. Inasmuch as Article V of the Federal Constitution specifies that amendments shall become effective "when ratified by legislatures of three-fourths of the several States or by conventions in three-fourths thereof," it has been generally believed that an approval or veto by a governor is without significance. If the ratification by New Hampshire be deemed ineffective, then the amendment became operative by Tennessee's ratification on July 27, 1804. On September 25, 1804, in a circular letter to the Governors of the several States, Secretary of State Madison declared the amendment ratified by three-fourths of the States.

The several state legislatures ratified the Twelfth Amendment on the following dates: North Carolina, December 22, 1803; Maryland, December 24, 1803; Kentucky, December 27, 1803; Ohio, between December 5 and December 30, 1803; Virginia, between December 20, 1803 and February 3, 1804; Pennsylvania, January 5, 1804; Vermont, January 30, 1804; New York, February 10, 1804; New Jersey, February 22, 1804; Rhode Island, between February 27 and March 12, 1804; South Carolina, May 15, 1804; Georgia, May 19, 1804; New Hampshire, June 15, 1804; and Tennessee, July 27, 1804. The amendment was rejected by Delaware on January 18, 1804, and by Connecticut at its session begun May 10, 1804. Massachusetts ratified this amendment in 1961.

President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate;—The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted;—The person having the greatest Number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the Vice-President shall act as President, as in the case of the death or other constitutional disability of the President—The person having the greatest number of votes as Vice-President, shall be the Vice-President, if such number be a majority of the whole number of Electors appointed, and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice-President; a

quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States.

## AMENDMENT XIII. [5]

SECTION 1. Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

SECTION 2. Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT XIV. [6]

SECTION. 1. All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the

---

[5] The Thirteenth Amendment was proposed by Congress on January 31, 1865, when it passed the House, Cong. Globe (38th Cong., 2d Sess.) 531, having previously passed the Senate on April 8, 1964. Id. (38th cong., 1st Sess.), 1940. It appears officially in 13 Stat. 567 under the date of February 1, 1865. Ratification was completed on December 6, 1865, when the legislature of the twenty-seventh State (Georgia) approved the amendment, there being then 36 States in the Union. On December 18, 1865, Secretary of State Seward certified that the Thirteenth Amendment had become a part of the Constitution, 13 Stat. 774.

The several state legislatures ratified the Thirteenth Amendment on the following dates: Illinois, February 1, 1865; Rhode Island, February 2, 1865; Michigan, February 2, 1865; Maryland, February 3, 1865; New York, February 3, 1865; West Virginia, February 3, 1865; Missouri, February 6, 1865; Maine, February 7, 1865; Kansas, February 7, 1865; Massachusetts, February 7, 1865; Pennsylvania, February 8, 1865; Virginia, February 9, 1865; Ohio, February 10, 1865; Louisiana, February 15 or 16, 1865; Indiana, February 16, 1865; Nevada, February 16, 1865; Minnesota, February 23, 1865; Wisconsin, February 24, 1865; Vermont, March 9, 1865 (date on which it was "approved" by Governor); Tennessee, April 7, 1865; Arkansas, April 14, 1865; Connecticut, May 4, 1865; New Hampshire, June 30, 1865; South Carolina, November 13, 1865; Alabama, December 2, 1865 (date on which it was "approved" by Provisional Governor); North Carolina, December 4, 1865; Georgia, December 6, 1865; Oregon, December 11, 1865; California, December 15, 1865; Florida, December 28, 1865 (Florida again ratified this amendment on June 9, 1868, upon its adoption of a new constitution); Iowa, January 17, 1866; New Jersey, January 23, 1866 (after having rejected the amendment on March 16, 1865); Texas, February 17, 1870; Delaware, February 12, 1901 (after having rejected the amendment on February 8, 1865). The amendment was rejected by Kentucky on February 24, 1865, and by Mississippi on December 2, 1865.

[6] The Fourteenth Amendment was proposed by Congress on June 13, 1866, when it passed the House, Cong. Globe (39th Cong., 1st Sess.) 3148, 3149, having previously passed the Senate on June 8. Id., 3042. It appears officially in 14 Stat. 358 under date of June 16, 1866. Ratification was probably completed on July 9, 1868, when the legislature of the twenty-eighth State

United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

SECTION. 2. Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice President of the United States, Representatives in Congress, the Executive and

(South Carolina or Louisiana) approved the amendment, there being then 37 States in the Union. However, Ohio and New Jersey had prior to that date "withdrawn" their earlier assent to this amendment. Accordingly, Secretary of State Seward on July 20, 1868, certified that the amendment had become a part of the Constitution if the said withdrawals were ineffective. 15 Stat. 706–707. Congress on July 21, 1868, passed a joint resolution declaring the amendment a part of the Constitution and directing the Secretary to promulgate it as such. On July 28, 1868, Secretary Seward certified without reservation that the amendment was a part of the Constitution. In the interim, two other States, Alabama on July 13 and Georgia on July 21, 1868, had added their ratifications.

The several state legislatures ratified the Fourteenth Amendment on the following dates: Connecticut, June 30, 1866; New Hampshire, July 7, 1866; Tennessee, July 19, 1866; New Jersey, September 11, 1866 (the New Jersey Legislature on February 20, 1868 "withdrew" its consent to the ratification; the Governor vetoed that bill on March 5, 1868; and it was repassed over his veto on March 24, 1868); Oregon, September 19, 1866 (Oregon "withdrew" its consent on October 15, 1868); Vermont, October 30, 1866; New York, January 10, 1867; Ohio, January 11, 1867 (Ohio "withdrew" its consent on January 15, 1868); Illinois, January 15, 1867; West Virginia, January 16, 1867; Michigan, January 16, 1867; Kansas, January 17, 1867; Minnesota, January 17, 1867; Maine, January 19, 1867; Nevada, January 22, 1867; Indiana, January 23, 1867; Missouri, January 26, 1867 (date on which it was certified by the Missouri secretary of state); Rhode Island, February 7, 1867; Pennsylvania, February 12, 1867; Wisconsin, February 13, 1867 (actually passed February 7, but not signed by legislative officers until February 13); Massachusetts, March 20, 1867; Nebraska, June 15, 1867; Iowa, March 9, 1868; Arkansas, April 6, 1868; Florida, June 9, 1868; North Carolina, July 2, 1868 (after having rejected the amendment on December 13, 1866); Louisiana, July 9, 1868 (after having rejected the amendment on February 6, 1867); South Carolina, July 8, 1868 (after having rejected the amendment on December 20, 1866); Alabama, July 13, 1868 (date on which it was "approved" by the Governor); Georgia, July 21, 1868 (after having rejected the amendment on November 9, 1866— Georgia ratified again on February 2, 1870); Virginia, October 8, 1869 (after having rejected the amendment on January 9, 1867); Mississippi, January 17, 1870; Texas, February 18, 1870 (after having rejected the amendment on October 27, 1866); Delaware, February 12, 1901 (after having rejected the amendment on February 7, 1867). The amendment was rejected (and not subsequently ratified) by Kentucky on January 8, 1867. Maryland and California ratified this amendment in 1959.

Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

SECTION. 3. No person shall be a Senator or Representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

SECTION. 4. The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

SECTION. 5. The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.

## AMENDMENT XV. [7]

SECTION. 1. The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude.

SECTION. 2. The Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT XVI. [8]

The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment

[7] The Fifteenth Amendment was proposed by Congress on February 26, 1869, when it passed the Senate, Cong. Globe (40th Cong., 3rd Sess.) 1641, having previously passed the House on February 25. Id., 1563, 1564. It appears officially in 15 Stat. 346 under the date of February 27, 1869. Ratification was probably completed on February 3, 1870, when the legislature of the twenty-eighth State (Iowa) approved the amendment, there being then 37 States in the Union. However, New York had prior to that date "withdrawn" its earlier assent to this amendment. Even if this withdrawal were effective, Nebraska's ratification on February 17, 1870, authorized Secretary of State Fish's certification of March 30, 1870, that the Fifteenth Amendment had become a part of the Constitution. 16 Stat. 1131.

The several state legislatures ratified the Fifteenth Amendment on the following dates: Nevada, March 1, 1869; West Virginia, March 3, 1869; North Carolina, March 5, 1869; Louisiana, March 5, 1869 (date on which it was "approved" by the Governor); Illinois, March 5, 1869; Michigan, March 5, 1869; Wisconsin, March 5, 1869; Maine, March 11, 1869; Massachusetts, March 12, 1869; South Carolina, March 15, 1869; Arkansas, March 15, 1869; Pennsylvania, March 25, 1869; New York, April 14, 1869 (New York "withdrew" its consent to the ratification on January 5, 1870); Indiana, May 14, 1869; Connecticut, May 19, 1869; Florida, June 14, 1869; New Hampshire, July 1, 1869; Virginia, October 8, 1869; Vermont, October 20, 1869; Alabama, November 16, 1869; Missouri, January 7, 1870 (Missouri had ratified the first section of the 15th Amendment on March 1, 1869; it failed to include in its ratification the second section of the amendment); Minnesota, January 13, 1870; Mississippi, January 17, 1870; Rhode Island, January 18, 1870; Kansas, January 19, 1870 (Kansas had by a defectively worded resolution previously ratified this amendment on February 27, 1869); Ohio, January 27, 1870 (after having rejected the amendment on May 4, 1869); Georgia, February 2, 1870; Iowa, February 3, 1870; Nebraska, February 17, 1870; Texas, February 18, 1870; New Jersey, February 15, 1871 (after having rejected the amendment on February 7, 1870); Delaware, February 12, 1901 (date on which approved by Governor; Delaware had previously rejected the amendment on March 18, 1869). The amendment was rejected (and not subsequently ratified) by Kentucky, Maryland, and Tennessee. California ratified this amendment in 1962 and Oregon in 1959.

[8] The Sixteenth Amendment was proposed by Congress on July 12, 1909, when it passed the House, 44 Cong. Rec. (61st Cong., 1st Sess.) 4390, 4440, 4441, having previously passed the Senate on July 5. Id., 4121. It appears officially in 36 Stat. 184. Ratification was completed on February 3, 1913, when the legislature of the thirty-sixth State (Delaware, Wyoming, or New Mexico) approved the amendment, there being then 48 States in the Union. On February

among the several States, and without regard to any census or enumeration.

### AMENDMENT [XVII.] [9]

The Senate of the United States shall be composed of two Senators from each State, elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislatures.

When vacancies happen in the representation of any State in the Senate, the executive authority of such State shall issue

---

25, 1913, Secretary of State Knox certified that this amendment had become a part of the Constitution. 37 Stat. 1785.

The several state legislatures ratified the Sixteenth Amendment on the following dates: Alabama, August 10, 1909; Kentucky, February 8, 1910; South Carolina, February 19, 1910; Illinois, March 1, 1910; Mississippi, March 7, 1910; Oklahoma, March 10, 1910; Maryland, April 8, 1910; Georgia, August 3, 1910; Texas, August 16, 1910; Ohio, January 19, 1911; Idaho, January 20, 1911; Oregon, January 23, 1911; Washington, January 26, 1911; Montana, January 27, 1911; Indiana, January 30, 1911; California, January 31, 1911; Nevada, January 31, 1911; South Dakota, February 1, 1911; Nebraska, February 9, 1911; North Carolina, February 11, 1911; Colorado, February 15, 1911; North Dakota, February 17, 1911; Michigan, February 23, 1911; Iowa, February 24, 1911; Kansas, March 2, 1911; Missouri, March 16, 1911; Maine, March 31, 1911; Tennessee, April 7, 1911; Arkansas, April 22, 1911 (after having rejected the amendment at the session begun January 9, 1911); Wisconsin, May 16, 1911; New York, July 12, 1911; Arizona, April 3, 1912; Minnesota, June 11, 1912; Louisiana, June 28, 1912; West Virginia, January 31, 1913; Delaware, February 3, 1913; Wyoming, February 3, 1913; New Mexico, February 3, 1913; New Jersey, February 4, 1913; Vermont, February 19, 1913; Massachusetts, March 4, 1913; New Hampshire, March 7, 1913 (after having rejected the amendment on March 2, 1911). The amendment was rejected (and not subsequently ratified) by Connecticut, Rhode Island, and Utah.

[9] The Seventeenth Amendment was proposed by Congress on May 13, 1912, when it passed the House, 48 Cong. Rec. (62d Cong., 2d Sess.) 6367, having previously passed the Senate on June 12, 1911. 47 Cong. Rec. (62d Cong., 1st Sess.) 1925. It appears officially in 37 Stat. 646. Ratification was completed on April 8, 1913, when the thirty-sixth State (Connecticut) approved the amendment, there being then 48 States in the Union. On May 31, 1913, Secretary of State Bryan certified that it had become a part of the Constitution. 38 Stat 2049.

The several state legislatures ratified the Seventeenth Amendment on the following dates: Massachusetts, May 22, 1912; Arizona, June 3, 1912; Minnesota, June 10, 1912; New York, January 15, 1913; Kansas, January 17, 1913; Oregon, January 23, 1913; North Carolina, January 25, 1913; California, January 28, 1913; Michigan, January 28, 1913; Iowa, January 30, 1913; Montana, January 30, 1913; Idaho, January 31, 1913; West Virginia, February 4, 1913; Colorado, February 5, 1913; Nevada, February 6, 1913; Texas, February 7, 1913; Washington, February 7, 1913; Wyoming, February 8, 1913; Arkansas, February 11, 1913; Illinois, February 13, 1913; North Dakota, February 14, 1913; Wisconsin, February 18, 1913; Indiana, February 19, 1913; New Hampshire, February 19, 1913; Vermont, February 19, 1913; South Dakota, February 19, 1913; Maine, February 20, 1913; Oklahoma, February 24, 1913; Ohio, February 25, 1913; Missouri, March 7, 1913; New Mexico, March 13, 1913; Nebraska, March 14, 1913; New Jersey, March 17, 1913; Tennessee, April 1, 1913; Pennsylvania, April 2, 1913; Connecticut, April 8, 1913; Louisiana, June 5, 1914. The amendment was rejected by Utah on February 26, 1913.

writs of election to fill such vacancies: Provided, That the legis-
lature of any State may empower the executive thereof to make
temporary appointments until the people fill the vacancies by
election as the legislature may direct.

This amendment shall not be so construed as to affect the
election or term of any Senator chosen before it becomes valid
as part of the Constitution.

## AMENDMENT [XVIII.] [10]

SECTION. 1. After one year from the ratification of this arti-
cle the manufacture, sale, or transportation of intoxicating liq-
uors within, the importation thereof into, or the exportation
thereof from the United States and all territory subject to the
jurisdiction thereof for beverage purposes is hereby prohibited.

SEC. 2. The Congress and the several States shall have
concurrent power to enforce this article by appropriate legisla-
tion.

---

[10] The Eighteenth Amendment was proposed by Congress on December 18, 1917, when it
passed the Senate, Cong. Rec. (65th Cong. 2d Sess.) 478, having previously passed the House
on December 17. Id., 470. It appears officially in 40 Stat. 1059. Ratification was completed on
January 16, 1919, when the thirty-sixth State approved the amendment, there being then 48
States in the Union. On January 29, 1919, Acting Secretary of State Polk certified that this
amendment had been adopted by the requisite number of States. 40 Stat. 1941. By its terms
this amendment did not become effective until 1 year after ratification.

The several state legislatures ratified the Eighteenth Amendment on the following dates:
Mississippi, January 8, 1918; Virginia, January 11, 1918; Kentucky, January 14, 1918; North
Dakota, January 28, 1918 (date on which approved by Governor); South Carolina, January 29,
1918; Maryland, February 13, 1918; Montana, February 19, 1918; Texas, March 4, 1918; Dela-
ware, March 18, 1918; South Dakota, March 20, 1918; Massachusetts, April 2, 1918; Arizona,
May 24, 1918; Georgia, June 26, 1918; Louisiana, August 9, 1918 (date on which approved by
Governor); Florida, November 27, 1918; Michigan, January 2, 1919; Ohio, January 7, 1919;
Oklahoma, January 7, 1919; Idaho, January 8, 1919; Maine, January 8, 1919; West Virginia,
January 9, 1919; California, January 13, 1919; Tennessee, January 13, 1919; Washington, Jan-
uary 13, 1919; Arkansas, January 14, 1919; Kansas, January 14, 1919; Illinois, January 14,
1919; Indiana, January 14, 1919; Alabama, January 15, 1919; Colorado, January 15, 1919;
Iowa, January 15, 1919; New Hampshire, January 15, 1919; Oregon, January 15, 1919; Ne-
braska, January 16, 1919; North Carolina, January 16, 1919; Utah, January 16, 1919; Mis-
souri, January 16, 1919; Wyoming, January 16, 1919; Minnesota, January 17, 1919; Wisconsin,
January 17, 1919; New Mexico, January 20, 1919; Nevada, January 21, 1919; Pennsylvania,
February 25, 1919; Connecticut, May 6, 1919; New Jersey, March 9, 1922; New York, January
29, 1919; Vermont, January 29, 1919.

SEC. 3. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

## AMENDMENT [XIX.] [11]

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of sex.

Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT [XX.] [12]

SECTION. 1. The terms of the President and Vice President shall end at noon on the 20th day of January, and the terms

[11] The Nineteenth Amendment was proposed by Congress on June 4, 1919, when it passed the Senate, Cong. Rec. (66th Cong., 1st Sess.) 635, having previously passed the house on May 21. Id., 94. It appears officially in 41 Stat. 362. Ratification was completed on August 18, 1920, when the thirty-sixth State (Tennessee) approved the amendment, there being then 48 States in the Union. On August 26, 1920, Secretary of Colby certified that it had become a part of the Constitution. 41 Stat. 1823.

The several state legislatures ratified the Nineteenth Amendment on the following dates: Illinois, June 10, 1919 (readopted June 17, 1919); Michigan, June 10, 1919; Wisconsin, June 10, 1919; Kansas, June 16, 1919; New York, June 16, 1919; Ohio, June 16, 1919; Pennsylvania, June 24, 1919; Massachusetts, June 25, 1919; Texas, June 28, 1919; Iowa, July 2, 1919 (date on which approved by Governor); Missouri, July 3, 1919; Arkansas, July 28, 1919; Montana, August 2, 1919 (date on which approved by governor); Nebraska, August 2, 1919; Minnesota, September 8, 1919; New Hampshire, September 10, 1919 (date on which approved by Governor); Utah, October 2, 1919; California, November 1, 1919; Maine, November 5, 1919; North Dakota, December 1, 1919; South Dakota, December 4, 1919 (date on which certified); Colorado, December 15, 1919 (date on which approved by Governor); Kentucky, January 6, 1920; Rhode Island, January 6, 1920; Oregon, January 13, 1920; Indiana, January 16, 1920; Wyoming, January 27, 1920; Nevada, February 7, 1920; New Jersey, February 9, 1920; Idaho, February 11, 1920; Arizona, February 12, 1920; New Mexico, February 21, 1920 (date on which approved by govrnor); Oklahoma, February 28, 1920; West Virginia, March 10, 1920 (confirmed September 21, 1920); Vermont, February 8, 1921. The amendment was rejected by Georgia on July 24, 1919; by Alabama on September 22, 1919; by South Carolina on January 29, 1920; by Virginia on February 12, 1920; by Maryland on February 24, 1920; by Mississippi on March 29, 1920; by Louisiana on July 1, 1920. This amendment was subsequently ratified by Virginia in 1952, Alabama in 1953, Florida in 1969, and Georgia and Louisiana in 1970.

[12] The Twentieth Amendment was proposed by Congress on March 2, 1932, when it passed the Senate, Cong. Rec. (72d Cong., 1st Sess.) 5086, having previously passed the House on March 1. Id., 5027. It appears officially in 47 Stat. 745. Ratification was completed on January 23, 1933, when the thirty-sixth State approved the amendment, there being then 48 States in the Union. On February 6, 1933, Secretary of State Stimson certified that it had become a part of the Constitution. 47 Stat. 2569.

of Senators and Representatives at noon on the 3d day of January, of the years in which such terms would have ended if this article had not been ratified; and the terms of their successors shall then begin.

SEC. 2. The Congress shall assemble at least once in every year, and such meeting shall begin at noon on the 3d day of January, unless they shall by law appoint a different day.

SEC. 3. If, at the time fixed for the beginning of the term of the President, the President elect shall have died, the Vice President elect shall become President. If a President shall not have been chosen before the time fixed for the beginning of his term, or if the President elect shall have failed to qualify, then the Vice President elect shall act as President until a President shall have qualified; and the Congress may by law provide for the case wherein neither a President elect nor a Vice President elect shall have qualified, declaring who shall then act as President, or the manner in which one who is to act shall be selected, and such person shall act accordingly until a President or Vice President shall have qualified.

The several state legislatures ratified the Twentieth Amendment on the following dates: Virginia, March 4, 1932; New York, March 11, 1932; Mississippi, March 16, 1932; Arkansas March 17, 1932; Kentucky, March 17, 1932; New Jersey, March 21, 1932; South Carolina, March 25, 1932; Michigan, March 31, 1932; Maine, April 1, 1932; Rhode Island, April 14, 1932; Illinois, April 21, 1932; Louisiana, June 22, 1932; West Virginia, July 30, 1932; Pennsylvania, August 11, 1932; Indiana, August 15, 1932; Texas, September 7, 1932; Alabama, September 13, 1932; California, January 4, 1933; North Carolina, January 5, 1933; North Dakota, January 9, 1933; Minnesota, January 12, 1933; Arizona, January 13, 1933; Montana, January 13, 1933; Nebraska, January 13, 1933; Oklahoma, January 13, 1933; Kansas, January 16, 1933; Oregon, January 16, 1933; Delaware, January 19, 1933; Washington, January 19, 1933; Wyoming, January 19, 1933; Iowa, January 20, 1933; South Dakota, January 20, 1933; Tennessee, January 20, 1933; Idaho, January 21, 1933; New Mexico, January 21, 1933; Georgia, January 23, 1933; Missouri, January 23, 1933; Ohio, January 23, 1933; Utah, January 23, 1933; Colorado, January 24, 1933; Massachusetts, January 24, 1933; Wisconsin, January 24, 1933; Nevada, January 26, 1933; Connecticut, January 27, 1933; New Hampshire, January 31, 1933; Vermont, February 2, 1933; Maryland, March 24, 1933; Florida, April 26, 1933.

SEC. 4. The Congress may by law provide for the case of the death of any of the persons from whom the House of Representatives may choose a President whenever the right of choice shall have devolved upon them, and for the case of the death of any of the persons from whom the Senate may choose a Vice President whenever the right of choice shall have devolved upon them.

SEC. 5. Sections 1 and 2 shall take effect on the 15th day of October following the ratification of this article.

SEC. 6. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission.

### AMENDMENT [XXI.] [13]

SECTION. 1. The eighteenth article of amendment to the Constitution of the United States is hereby repealed.

SEC. 2. The transportation or importation into any State, Territory, or possession of the United States for delivery or use

---

[13] The Twenty-first Amendment was proposed by Congress on February 20, 1933, when it passed the House, Cong. Rec. (72d Cong., 2d Sess.) 4516, having previously passed the Senate on February 16. Id., 4231. It appears officially in 47 Stat. 1625. Ratification was completed on December 5, 1933, when the thirty-sixth State (Utah) approved the amendment, there being then 48 States in the Union. On December 5, 1933, Acting Secretary of State Phillips certified that it had been adopted by the requisite number of States. 48 Stat. 1749.

The several state conventions ratified the Twenty-first Amendment on the following dates: Michigan, April 10, 1933; Wisconsin, April 25, 1933; Rhode Island, May 8, 1933; Wyoming, May 25, 1933; New Jersey, June 1, 1933; Delaware, June 24, 1933; Indiana, June 26, 1933; Massachusetts, June 26, 1933; New York, June 27, 1933; Illinois, July 10, 1933; Iowa, July 10, 1933; Connecticut, July 11, 1933; New Hampshire, July 11, 1933; California, July 24, 1933; West Virginia, July 25, 1933; Arkansas, August 1, 1933; Oregon, August 7, 1933; Alabama, August 8, 1933; Tennessee, August 11, 1933; Missouri, August 29, 1933; Arizona, September 5, 1933; Nevada, September 5, 1933; Vermont, September 23, 1933; Colorado, September 26, 1933; Washington, October 3, 1933; Minnesota, October 10, 1933; Idaho, October 17, 1933; Maryland, October 18, 1933; Virginia, October 25, 1933; New Mexico, November 2, 1933; Florida, November 14, 1933; Texas, November 24, 1933; Kentucky, November 27, 1933; Ohio, December 5, 1933; Pennsylvania, December 5, 1933; Utah, December 5, 1933; Maine, December 6, 1933; Montana, August 6, 1934. The amendment was rejected by a convention in the State of South Carolina, on December 4, 1933. The electorate of the State of North Carolina voted against holding a convention at a general election held on November 7, 1933.

therein of intoxicating liquors, in violation of the laws thereof, is hereby prohibited.

SEC. 3. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by conventions in the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

## AMENDMENT [XXII.] [14]

SECTION. 1. No person shall be elected to the office of the President more than twice, and no person who has held the office of President, or acted as President, for more than two years of a term to which some other person was elected President shall be elected to the office of the President more than once. But this Article shall not apply to any person holding the office of President, when this Article was proposed by the Congress, and shall not prevent any person who may be holding the office of President, or acting as President, during the term within which this Article becomes operative from holding the office of

---

[14] The Twenty-second Amendment was proposed by Congress on March 24, 1947, having passed the House on March 21, 1947, Cong. Rec. (80th Cong., 1st Sess.) 2392, and having previously passed the Senate on March 12, 1947. Id., 1978. It appears officially in 61 Stat. 959. Ratification was completed on February 27, 1951, when the thirty-sixth State (Minnesota) approved the amendment, there being then 48 States in the Union. On March 1, 1951, Jess Larson, Administrator of General Services, certified that it had been adopted by the requisite number of States. 16 Fed. Reg. 2019.

A total of 41 state legislatures ratified the Twenty-second Amendment on the following dates: Maine, March 31, 1947; Michigan, March 31, 1947; Iowa, April 1, 1947; Kansas, April 1, 1947; New Hampshire, April 1, 1947; Delaware, April 2, 1947; Illinois, April 3, 1947; Oregon, April 3, 1947; Colorado, April 12, 1947; California, April 15, 1947; New Jersey, April 15, 1947; Vermont, April 15, 1947; Ohio, April 16, 1947; Wisconsin, April 16, 1947; Pennsylvania, April 29, 1947; Connecticut, May 21, 1947; Missouri, May 22, 1947; Nebraska, May 23, 1947; Virginia, January 28, 1948; Mississippi, February 12, 1948; New York, March 9, 1948; South Dakota, January 21, 1949; North Dakota, February 25, 1949; Louisiana, May 17, 1950; Montana, January 25, 1951; Indiana, January 29, 1951; Idaho, January 30, 1951; New Mexico, February 12, 1951; Wyoming, February 12, 1951; Arkansas, February 15, 1951; Georgia, February 17, 1951; Tennessee, February 20, 1951; Texas, February 22, 1951; Utah, February 26, 1951; Nevada, February 26, 1951; Minnesota, February 27, 1951; North Carolina, February 28, 1951; South Carolina, March 13, 1951; Maryland, March 14, 1951; Florida, April 16, 1951; and Alabama, May 4, 1951.

President or acting as President during the remainder of such term.

SEC. 2. This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission to the States by the Congress.

## AMENDMENT [XXIII.] [15]

SECTION. 1. The District constituting the seat of Government of the United States shall appoint in such manner as the Congress may direct:

A number of electors of President and Vice President equal to the whole number of Senators and Representatives in Congress to which the District would be entitled if it were a State, but in no event more than the least populous State; they shall be in addition to those appointed by the States, but they shall be considered, for the purposes of the election of President and Vice President, to be electors appointed by a State; and they shall meet in the District and perform such duties as provided by the twelfth article of amendment.

---

[15] The Twenty-third Amendment was proposed by Congress on June 16, 1960, when it passed the Senate, Cong. Rec. (86th Cong., 2d Sess.) 12858, having previously passed the House on June 14. Id., 12571. It appears officially in 74 Stat. 1057. Ratification was completed on March 29, 1961, when the thirty-eighth State (Ohio) approved the amendment, there being then 50 States in the Union. On April 3, 1961, John L. Moore, Administrator of General Services, certified that it had been adopted by the requisite number of States. 26 Fed. Reg. 2808.

The several state legislatures ratified the Twenty-third Amendment on the following dates: Hawaii, June 23, 1960; Massachusetts, August 22, 1960; New Jersey, December 19, 1960; New York, January 17, 1961; California, January 19, 1961; Oregon, January 27, 1961; Maryland, January 30, 1961; Idaho, January 31, 1961; Maine, January 31, 1961; Minnesota, January 31, 1961; New Mexico, February 1, 1961; Nevada, February 2, 1961; Montana, February 6, 1961; Colorado, February 8, 1961; Washington, February 9, 1961; West Virginia, February 9, 1961; Alaska, February 10, 1961; Wyoming, February 13, 1961; South Dakota, February 14, 1961; Delaware, February 20, 1961; Utah, February 21, 1961; Wisconsin, February 21, 1961; Pennsylvania, February 28, 1961; Indiana, March 3, 1961; North Dakota, March 3, 1961; Tennessee, March 6, 1961; Michigan, March 8, 1961; Connecticut, March 9, 1961; Arizona, March 10, 1961; Illinois, March 14, 1961; Nebraska, March 15, 1961; Vermont, March 15, 1961; Iowa, March 16, 1961; Missouri, March 20, 1961; Oklahoma, March 21, 1961; Rhode Island, March 22, 1961; Kansas, March 29, 1961; Ohio, March 29, 1961, and New Hampshire, March 30, 1961.

SEC. 2. The Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT [XXIV.] [16]

SECTION. 1. The right of citizens of the United States to vote in any primary or other election for President or Vice President, for electors for President or Vice President, or for Senator or Representative in Congress, shall not be denied or abridged by the United States or any State by reason of failure to pay any poll tax or other tax.

SECTION. 2. The Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT [XXV.] [17]

SECTION. 1. In case of the removal of the President from office or of his death or resignation, the Vice President shall become President.

---

[16] The Twenty-fourth Amendment was proposed by Congress on September 14, 1962, having passed the House on August 27, 1962. Cong. Rec. (87th Cong., 2d Sess.) 17670 and having previously passed the Senate on March 27, 1962. Id., 5105. It appears officially in 76 Stat. 1259. Ratification was completed on January 23, 1964, when the thirty-eighth State (South Dakota) approved the Amendment, there being then 50 States in the Union. On February 4, 1964, Bernard L. Boutin, Administrator of General Services, certified that it had been adopted by the requisite number of States. 25 Fed. Reg. 1717. President Lyndon B. Johnson signed this certificate.

Thirty-eight state legislatures ratified the Twenty-fourth Amendment on the following dates: Illinois, November 14, 1962; New Jersey, December 3, 1962; Oregon, January 25, 1963; Montana, January 28, 1963; West Virginia, February 1, 1963; New York, February 4, 1963; Maryland, February 6, 1963; California, February 7, 1963; Alaska, February 11, 1963; Rhode Island, February 14, 1963; Indiana, February 19, 1963; Michigan, February 20, 1963; Utah, February 20, 1963; Colorado, February 21, 1963; Minnesota, February 27, 1963; Ohio, February 27, 1963; New Mexico, March 5, 1963; Hawaii, March 6, 1963; North Dakota, March 7, 1963; Idaho, March 8, 1963; Washington, March 14, 1963; Vermont, March 15, 1963; Nevada, March 19, 1963; Connecticut, March 20, 1963; Tennessee, March 21, 1963; Pennsylvania, March 25, 1963; Wisconsin, March 26, 1963; Kansas, March 28, 1963; Massachusetts, March 28, 1963; Nebraska, April 4, 1963; Florida, April 18, 1963; Iowa, April 24, 1963; Delaware, May 1, 1963; Missouri, May 13, 1963; New Hampshire, June 16, 1963; Kentucky, June 27, 1963; Maine, January 16, 1964; South Dakota, January 23, 1964.

[17] This Amendment was proposed by the Eighty-ninth Congress by Senate Joint Resolution No. 1, which was approved by the Senate on February 19, 1965, and by the House of Representatives, in amended form, on April 13, 1965. The House of Representatives agreed to a Conference Report on June 30, 1965, and the Senate agreed to the Conference Report on July 6, 1965. It was declared by the Administrator of General Services, on February 23, 1967, to have been ratified.

SECTION. 2. Whenever there is a vacancy in the office of the Vice President, the President shall nominate a Vice President who shall take office upon confirmation by a majority vote of both Houses of Congress.

SECTION. 3. Whenever the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives has written declaration that he is unable to discharge the powers and duties of his office, and until he transmits to them a written declaration to the contrary, such powers and duties shall be discharged by the Vice President as Acting President.

SECTION. 4. Whenever the Vice President and a majority of either the principal officers of the executive departments or of such other body as Congress may by law provide, transmit to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office, the Vice President shall immediately assume the powers and duties of the office as Acting President.

This Amendment was ratified by the following States:

Nebraska, July 12, 1965; Wisconsin, July 13, 1965; Oklahoma, July 16, 1965; Massachusetts, August 9, 1965; Pennsylvania, August 18, 1965; Kentucky, September 15, 1965; Arizona, September 22, 1965; Michigan, October 5, 1965; Indiana, October 20, 1965; California, October 21, 1965; Arkansas, November 4, 1965; New Jersey, November 29, 1965; Delaware, December 7, 1965; Utah, January 17, 1966; West Virginia, January 20, 1966; Maine, January 24, 1966; Rhode Island, January 28, 1966; Colorado, February 3, 1966; New Mexico, February 3, 1966; Kansas, February 8, 1966; Vermont, February 10, 1966; Alaska, February 18, 1966; Idaho, March 2, 1966; Hawaii, March 3, 1966; Virginia, March 8, 1966; Mississippi, March 10, 1966; New York, March 14, 1966; Maryland, March 23, 1966; Missouri, March 30, 1966; New Hampshire, June 13, 1966; Louisiana, July 5, 1966; Tennessee, January 12, 1967; Wyoming, January 25, 1967; Washington, January 26, 1967; Iowa, January 26, 1967; Oregon, February 2, 1967; Minnesota, February 10, 1967; Nevada, February 10, 1967; Connecticut, February 14, 1967; Montana, February 15, 1967; South Dakota, March 6, 1967; Ohio, March 7, 1967; Alabama, March 14, 1967; North Carolina, March 22, 1967 Illinois, March 22, 1967; Texas, April 25, 1967; Florida, May 25, 1967.

Publication of the certifying statement of the Administrator of General Services that the Amendment had become valid was made on February 25, 1967, F.R. Doc. 67–2208, 32 Fed. Reg. 3287.

Thereafter, when the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives has written declaration that no inability exists, he shall resume the powers and duties of his office unless the Vice President and a majority of either the principal officers of the executive department or of such other body as Congress may by law provide, transmit within four days to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office. Thereupon Congress shall decide the issue, assembling within forty-eight hours for that purpose if not in session. If the Congress, within twenty-one days after receipt of the latter written declaration, or, if Congress is not in session, within twenty-one days after Congress is required to assemble, determines by two-thirds vote of both Houses that the President is unable to discharge the powers and duties of his office, the Vice President shall continue to discharge the same as Acting President; otherwise, the President shall resume the powers and duties of his office.

## AMENDMENT [XXVI] [18]

SECTION. 1. The right of citizens of the United States, who are eighteen years of age or older, to vote shall not be denied

[18] The Twenty-sixth Amendment was proposed by Congress on March 23, 1971, upon passage by the House of Representatives, the Senate having previously passed an identical resolution on March 10, 1971. It appears officially in 85 Stat. 825. Ratification was completed on July 1, 1971, when action by the legislature of the 38th State, North Carolina, was concluded, and the Administrator of the General Services Administration officially certified it to have been duly ratified on July 5, 1971. 36 Fed. Reg. 12725.

As of the publication of this volume, 42 States had ratified this Amendment:

Connecticut, March 23, 1971; Delaware, March 23, 1971; Minnesota, March 23, 1971; Tennessee, March 23, 1971; Washington, March 23, 1971; Hawaii, March 24, 1971; Massachusetts, March 24, 1971; Montana, March 29, 1971; Arkansas, March 30, 1971; Idaho, March 30, 1971; Iowa, March 30, 1971; Nebraska, April 2, 1971; New Jersey, April 3, 1971; Kansas, April 7, 1971; Michigan, April 7, 1971; Alaska, April 8, 1971; Maryland, April 8, 1971; Indiana, April

44          CONSTITUTION OF THE UNITED STATES

or abridged by the United States or by any State on account of age.

SECTION. 2. The Congress shall have power to enforce this article by appropriate legislation.

AMENDMENT [XXVII] [19]

No law varying the compensation for the services of the Senators and Representatives shall take effect, until an election of Representatives shall have intervened.

8, 1971; Maine, April 9, 1971; Vermont, April 16, 1971; Louisiana, April 17, 1971; California, April 19, 1971; Colorado, April 27, 1971; Pennsylvania, April 27, 1971; Texas, April 27, 1971; South Carolina, April 28, 1971; West Virginia, April 28, 1971; New Hampshire, May 13, 1971; Arizona, May 14, 1971; Rhode Island, May 27, 1971; New York, June 2, 1971; Oregon, June 4, 1971; Missouri, June 14, 1971; Wisconsin, June 22, 1971; Illinois, June 29, 1971; Alabama, June 30, 1971; Ohio, June 30, 1971; North Carolina, July 1, 1971; Oklahoma, July 1, 1971; Virginia, July 8, 1971; Wyoming, July 8, 1971; Georgia, October 4, 1971.

[19] This purported amendment was proposed by Congress on September 25, 1789, when it passed the Senate, having previously passed the House on September 24. (1 *Annals of Congress* 88, 913). It appears officially in 1 Stat. 97. Having received in 1789–1791 only six state ratifications, the proposal then failed of ratification while ten of the 12 sent to the States by Congress were ratified and proclaimed and became the Bill of Rights. The provision was proclaimed as having been ratified and having become the 27th Amendment, when Michigan ratified on May 7, 1992, there being 50 States in the Union. Proclamation was by the Archivist of the United States, pursuant to 1 U.S.C. § 106b, on May 19, 1992. F.R.Doc. 92–11951, 57 FED. REG. 21187. It was also proclaimed by votes of the Senate and House of Representatives. 138 CONG. REC. (daily ed) S 6948–49, H 3505–06.

The several state legislatures ratified the proposal on the following dates: Maryland, December 19, 1789; North Carolina, December 22, 1789; South Carolina, January 19, 1790; Delaware, January 28, 1790; Vermont, November 3, 1791; Virginia, December 15, 1791; Ohio, May 6, 1873; Wyoming, March 6, 1978; Maine, April 27, 1983; Colorado, April 22, 1984; South Dakota, February 1985; New Hampshire, March 7, 1985; Arizona, April 3, 1985; Tennessee, May 28, 1985; Oklahoma, July 10, 1985; New Mexico, February 14, 1986; Indiana, February 24, 1986; Utah, February 25, 1986; Arkansas, March 13, 1987; Montana, March 17, 1987; Connecticut, May 13, 1987; Wisconsin, July 15, 1987; Georgia, February 2, 1988; West Virginia, March 10, 1988; Louisiana, July 7, 1988; Iowa, February 9, 1989; Idaho, March 23, 1989; Nevada, April 26, 1989; Alaska, May 6, 1989; Oregon, May 19, 1989; Minnesota, May 22, 1989; Texas, May 25, 1989; Kansas, April 5, 1990; Florida, May 31, 1990; North Dakota, Mary 25, 1991; Alabama, May 5, 1992; Missouri, May 5, 1992; Michigan, May 7, 1992. New Jersey subsequently ratified on May 7, 1992.

11/17/2021
Case 1:22-cv-00019   Document 1-3   Filed 01/05/22   Page 41 of 78
District of Columbia live database
JURY,PROSE-NP,TYPE-C

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:21-cv-02853-JDB

FARRELL v. ANACOSTIA SOCIAL SECURITY
Assigned to: Judge John D. Bates
Demand: $26,000
Case in other court: District of Columbia Superior Court, 21-002604B
Cause: 28:1442 Petition for Removal

Date Filed: 10/27/2021
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**LOGAN RUSSELL FARRELL, JR.**                represented by **LOGAN RUSSELL FARRELL, JR.**
1355 New York Avenue N.E.
Washington, DC 20002
PRO SE

V.

**Defendant**

**ANACOSTIA SOCIAL SECURITY**                represented by **Blake A. Weiner**
DOJ-USAO
555 4th Street NW
Washington, DC 20530
(202) 803-1604
Email: blake.weiner@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2021 | 1 | NOTICE OF REMOVAL from FARRELL V. ANACOSTIA SOCIAL SECURITY, case number 2021 CA 002604B (Fee Status:Filing Fee Waived) filed by ANACOSTIA SOCIAL SECURITY. (Attachments: # 1 Superior Court Documents Complaint, # 2 Civil Cover Sheet)(Weiner, Blake) (Entered: 10/27/2021) |
| 10/29/2021 | | Case Assigned to Judge John D. Bates. (znmg) (Entered: 10/29/2021) |
| 10/29/2021 | 2 | NOTICE to Counsel/Party re 1 Notice of Removal. (znmg) (Entered: 10/29/2021) |
| 11/03/2021 | 3 | MOTION for Briefing Schedule by ANACOSTIA SOCIAL SECURITY. (Weiner, Blake) Modified event title on 11/3/2021 (znmw). (Entered: 11/03/2021) |
| 11/08/2021 | 4 | Receipt on 11/8/2021 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 2021 CA 002604 B. (znmw) (Entered: 11/09/2021) |
| 11/09/2021 | 5 | ORDER referring case to a magistrate judge for case management. See text of Order for details. Signed by Judge John D. Bates on 11/9/2021. (lcjdb3) (Entered: 11/09/2021) |



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL ACTIONS BRANCH
SEP 2 9 2021
Superior Court
of the District of Columbia
Washington, DC.

Case No. _____

2021  2604

## COMPLAINT

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Logan Russell Farrell Jr
PLAINTIFF

1355 New York avenue N.E.
Address (No Post Office Boxes)

Washington D.C. 20002
City        State        Zip Code

301-868-3457
Telephone Number

_____
Email Address (optional)

vs

Anacostia Social Security
DEFENDANT

2041 Martin Luther King Jr avenue
Address (No Post Office Boxes)

S.E. Washington, D.C. 20020 suite 130
City        State        Zip Code

1-866-495-0048
Telephone Number

_____
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

As of June 1, 2021 social security suspended my monthly bene-
fits of $794 dollars pertaining to a competency evaluation
and incarceration ordered by Fairfax county, Virginia. Due
to over the phone, office closure, social security displays
negative work ethics by refuseing to reinstate monthly bene-
fits and malice by neglect practice over the phone while
also witholding my social security card which is identity theft

2. What relief are you requesting from the Court? Include any request for money damages.

I'm requesting documents / written statement, as to why
I'm not able to obtain an social security card and also
$26,000 dollars for identity theft and negatively manipulating
my monthly social security payments.

Form CA-3074 [Rev. Nov. 2017]                    1                    Super. Ct. Civ. R. 3

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
Civil Division – Small Claims and Conciliation Branch
510 4th Street, N.W., Court Building B, Room 120, Washington, D.C. 20001
Telephone Number: (202) 879-1120 Website: www.dccourts.gov



FILED
JUL 2 9 2021
Clerk
Superior Court
of the District of Columbia
Small Claims Branch

Case No. 2021 SC3 000724

Plaintiff(s)
Logan Russell Farrell
1355 New York avenue N.E.
Washington, D.C. 20002
Address                    Zip Code

VS.

Defendant(s)
Anacostia / Social Security
2041 Martin Luther King Jr avenue
S.E. Washington, D.C. 20020 suite 130
Address 1866-495-0048      Zip Code

Phone No. 301-868-3457

## STATEMENT OF CLAIM

As of June 1, 2021, social security suspended my monthly benefits of $794 dollars pertaining to a competency evaluation and incarceration ordered by Fairfax county Virginia. Due to office closure, and over the phone service, social security chooses to display negative work ethics by refusing to reinstate my monthly benefits, and malice by neglegent practice over the phone while also withholding my social security card, since January 1, 2019 which is identity theft. I sincerly request to obtain an social security card and have my monthly benefits reinstated by August 1, 2021.

**Request for Relief:**
I request that the district of columbia compensate me for mental anguish, pain and suffering, and cruel and unusual punishment in the amount of $4,995 dollars

DISTRICT OF COLUMBIA, SS: Logan R Farrell _____ being first duly sworn on oath says
the foregoing is a just and true statement of the amount owing by the defendant to plaintiff, exclusive of all set-offs and just grounds of defense.

Logan Russell Farrell
Plaintiff/Agent (Sign and Print Name)

Title: Pro Se (Self appointed)

1355 New York avenue S.E.
Address                    City/State/Zip Code
Washington, D.C. 20002   301-868-3457
Email                      Phone No.

Subscribed and sworn to before me this **29** day of **July** _____, 20 **21**
(month)

B Perry
(Notary Public or Deputy Clerk)

Logan R Farrell   Logan R Farrell
Attorney for Plaintiff (Sign and Print Name)        Bar No.
1355 New York avenue N.E.
Address                    City/State/Zip Code
Washington, D.C. 20002 / 301-868-3457
Email                      Phone No.

Place Notary Seal Here

See the *Instructions to Defendants* on the back of this form, or attached to this form, for more information.

CV-471/Dec. 2018                                          Small Claims Form 11

3. State any other information, of which the Court should be aware:

I have been a victim of identity theft in the past and social security administration may have something to do with it. As of 2018 and 2019 social security claimed I worked in South Dakota both years while in 2018 I was at Fci federal prison West Virginia Gilmer and in 2019 I was at Usp federal prison Allenwood Pennsylvania. Social security informed me that a company called Bravo inc. employed by Antonio Harrah $56,000 dollars in two years while I was in federal prison.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_Logan R. Sannell_
SIGNATURE

_7-28-2021_
DATE

Subscribed and sworn to before me this ___ **29** ___ day of _July_ ___ 20 **21**.

_____
(Notary Public/Deputy Clerk) verification attached

2

Senate §1-206.04 congressional action on certain District matters

(a) This section is enacted by Congress
(1.) as an exercise of the rulemaking power of senate and the house of representative respectively, and as such these provisions are deemed a part of the rule of each house respectively but applicable only with respect to the procedure to be followed in that house in the case of resolutions described by this section; and they supersede other rules only to the extent that they are inconsistent therewith; and
(2.) with full recognition of the constitutional right of either house to change the rule (so far as relating to the procedure of that house) at any time, in the same manner and to the same extent as in the case of any other rule of that house. (b) For the purpose of this section "resolution" means only a joint resolution, the matter after the resolving clause of which is as follows: That the __, approves or disapproves of the action of the District of Columbia council described as follows: ?__, the blank spaces therein being appropriately filled and either approval or disapproval being appropriately indicated; but does not include a resolution which specifies more than one action.

(c) A resolution with respect to council action shall be referred to the committee on the District of Columbia of the house of representatives or the committee on the District of Columbia of the senate by the President of the senate or the Speaker of the House of representatives as the case may be.

(d) A resolution with respect to council action shall be reported at the end of 20 calender days after its introduction, it is in order to move to discharge the committee from further consideration of any other resolution with respect to the same council action which has been referred to the committee.

(e) A motion to discharge may be made only by an individual favoring the resolution, is highly privileged (except that it may not be made after the committee has reported a resolution with respect to the same action) and debate thereon shall be limited to not more than one hour, to be divided equally between those favoring and those opposing the resolution. An amendment to the motion is not in order, and it is to move to reconsider the vote by which the motion is agreed to or disagreed to.

(f) If the motion to discharge is agreed to or disagreed to, the motion may not be renewed nor may another motion to discharge the committee be made with respect to any other resolution with respect to the same action.

(g) When the committee has reported or has been discharged from further consideration of a resolution it is at any time thereafter in order (even though a previous motion to the same effect has been disagreed to) to move to proceed to the consideration of the resolution. The motion is highly privileged and is not debatable An amendment to the motion is not in order to move to reconsider the vote by which the motion is agreed to or disagreed to. (h) Debate on the resolution shall be limited to not more than 10 hours which be divided equally between those favoring and those opposing the resolution. A motion futher to limit debate is not debatable. An amendment to, or motion to recommit the resolution is not in order to move to reconsider the vote by which the resolution is agreed to or disagreed to.

(i) Motions to postpone made with respect to the discharge from committee or the consideration of a resolution and motions to proceed to the consideration of the business, shall be decided without debate.

(J) Appeals from the decisions of the chair relating to the application of the rules of the senate or the house of representatives as the case may be, to the procedure relating to a resolution shall be decided without debate.

P.s.// Hey Muriel, hope you like italian; huh.

Logan Russell Farrell
1355 New York avenue N.E.
Washington, D.C. 20002

### District of Columbia
### Civil Brief

Subject: D.C., Mayor Muriel Bowser

Pertaining to this civil cause of action concerning fraud, perjury and legal malpractice in the state of Maryland; but also to request a federal scope and investigation in the connection between district of columbia mayor Muriel Bowser and Baltimore city Maryland governor Larry Hogan for the retaliation of civil lawsuit Logan R Farrell vs DOC d.c. Jail officer Dewayne Henry case number 2014 CV 1960 pysical torts and the network/faction of all Baltimore Maryland employee's at the d.c. Jail for the sole purpose of federal corperate embezzelment and extortion of the d.c. Jail annual budget and tax payers dollar while also switching d.c. Jail health provider from Unity health services to a Tennesse health care provider to pocket more than $37 million dollars between 2015 and 2016 which has something to do with my identity being stolen from d.c. department of human resources and my social security number and Medicaid insurance being used in another state.



Dureing the 2016 presidential campaign, former president Donald Trump, secretary of state/foreign affairs Hillary Rodman Clinton, district of columbia mayor Muriel Bowser, Baltimore city Maryland governor Larry Hogan, New York city, New York governor Andrew M. Cuomo and Wailes, Brittian prince Harry Windsor premeditated to conspire federal embezzelment, extortion and fraud by unlawfully committing medical insurance, social security and federal income tax schame's in the greater Washington metropolitain area by illegaly misuseing government security clearence, occupational authority and title to access the identity's of 3 million federal employee's as well as my own identity dureing the fisical 2016 year. Our democracy and identity's were attempted auction for sell and alter in two communist countries being Russia where secretary of state Hillary Rodman Clinton caused Russian interferrance in the 2016 presidential elections/cybersecurity attacks and China where district of columbia mayor Muriel Bowser went to auction off/sell government buildings in downtown d.c. createing an economic deficit on the stock exchange between China and former presidential nominee Donald J. Trump mishandleing and theft of United States annua $3 trillion dollar budget by more than $1.5 trillion dollar while imposeing penalty's, tariff's and tax's on Russia and China while also allowing Donald Trump to fly to Russia to retrieve evidence left by Hillary Clinton.

Pertaining to the subject of fraud and identity theft; these crimes were committed against me in retaliation for civil law suit case number 2014 CV 1960 or 1906; Logan Russell Farrell vs Department of Corrections/d.c. Jail officer Dewayne Henry for pysical torts claims against the d.c. Jail and its network/faction of all Baltimore city Maryland employee's and residents hired by district of columbia office of risk managment mayor Muriel Bowser and Maryland Baltimore city governor Larry Hogan. For the record, I want to bring forth allegations and accusations on my behalf stateing mayor Muriel Bowser and governor Larry Hogan are useing false names an identity's because if you switch the L an H in Larry Hogan it spells Harry an Logan which raises questions about mayor Muriel Bowser last name being Bowser. which probably correlates with Hillary Rodman Clinton provideing fake credential's to Brittish spy's to infultrait the United States seeking Donald J. Trump, Roger Stone, Paul Mannifort, Steven Brennan, Micheal Cohen and Rudy Guiliani for the Trump enterprise of international government extortior lies, tax evasion, human trafficking, identity theft, fraud perjury and public corruption. Concerning my identity theft situation please investigate Economic Security Administration/645 H street, N.E. Washington, d.c. and D.C. Department of Mental Health agency (DMH) 35 k street N.E. Washington, d.c.!

# Mr. Snowdan

As of the summer of 2019, district of columbia mayor Muriel Bowser conspired with former president Donald Trump, Al Sharpton, Jesse Jackson, The national black caucus, NAACP and the Black lives matter Movement to set off a chain reaction of fraudulent law suits pertaining to the District of Columbia/everythings good working/Mr. Don't play; Metropolitian police Department concerning use of force and Federal Jurisdictional Authority used to suppress and eliminate the tampering, forced entry and destruction of downtown Washington, d.c. nuclear power'd buildings and buildings that house u.s. nuclear reactors caused by the Black lives matter riot's. These civil briefs also are ment to be used as a Federal inquirary into the fraudulent attempt civil cause of action/law suit against D.C. Metropolitian police Department for use of force and racial discrimination on behalf of former president Donald Trump and the network of white supremesist whom committed breaking and entering and destruction of property on January 6, 2021 by unlawfully entering the united states Capital building. Cheif Justice Attorney General Judge. Barr should be questioned pertaining to these events. All Lives Matter

Logan Russell Farrell
1355 New York avenue N.E.
Washington, D.C. 20002
12-12-1985

District of Columbia
Superior Courts
Civil Division Brief

Theory:

    This identity theft and fraud issue I'm expeérianceing is originateing from Baltimore, Maryland. Since I was first arrested in Montgomery county, Maryland in 2015 or 2016 for possesion of alcohol open container (POCA); I've experianced difficulty obtaining a district of columbia identification card and Philadelphia, Pennsylvania birth certificate. My identity was first stolen from The District of Columbia superior courts and The d.c. Jail in 2016 when I noticed the cover/face sheet and various sections of my federal presentence investigation report was missing and manipulated upon retrieval + research when I was released from the (fbop) federal bureao of prisons fci west virginia Gilmer fed/id #44611-007, dc/id# 304252.

    My identity theft and fraud problems are also stemming from when I was first found eligable for social security disability for mental health in 2015 by examiner William Shumate at 26 Federal Plaza, Manhatten New York city; New York.

I've recieved social security for six years now; When my monthly payments started they were seven hundred-thirty five dollars which increases bi-annually by fourty dollars. As of 2021 my monthly eight hundred fifty-five dollar a month payments are currently reduced to seven hundred fourteen dollars as of June 1, 2021 due to overpayments stemming from 2016. As of 2016 I was released from (fbop) federal correctional institute west virginia, Gilmer; with an social security overpayment of four thousand-six hundred dollars. While banking with wells fargo platnium checking account; I recieved a notice for fraudualent illegal activity; on oct-ober 1st, six hundred thirty-three dollars was missing from the overpayment money and my account was terminated. As of 2018 I was released from (fbop) united states federal penatentuary (usp) allenwood, pennsylvania; with an social security overpayment in the same amount of four thousand-six hundred dollars. While banking with bank of america; I recieved a notice for fraudualent illegal activity; and on october 1st again six hundred thirty-three dollars was missing from checkings account with bank of america. In 2019 the social security administration at the Brentwood N.E. washington, d.c. location informed me with a print-out stating nothing of 2017 but instead; 2016 w-2 tax return wages stated I earned $14,500 dollars that year. And in 2018 w-2 return taxable wages stated I earned $42,700 dollars that year; when in fact some-one filed tax claims in my name while I was incar-cerated. The social security administration printout stated

I was employed by a natural energy resources incorperation in south dakota for a Bravo, inc by an employer named Antonio Barren. After I noticed fraud in two diffrent banks, I realized that every time I am arrested, some one else uses my social security number if I'm incarcerated for a duration longer than thirty days. When I'm released from incarcerated Jail time; social security always tell me that I have to undergo re-determination for my monthly benefits to be re-instated. Since 2018-2019 and 2020-2021 I have been a Lifelock and Norton identity theft protection client. Between 2018-2019 lifelock and norton sent an email to my google/gmail account. telecommunication service At&t; my identity has been stolen which was compromised by a social security breach. I am requesting an federal investigation on the following agencies. 1. 26 Federal Plaza, Manhhatten New York city, new york; Anacastia/social security administration S.E., washington, d.c.; Brentwood/social security administration N.E., washington, d.c.; 1901 Dst, S.E., washington, d.c. The d.c. Jail; D.C. core Mental Health agency 35 K street N.E., washington, d.c.; D.C. superior courts PCSOS/ inmate supervision agency; social security administration/ Camp Springs, prince george's county Maryland; and The Department of Vital documents/philadelphia, pennsylvania. The above mentioned agencies unlawfully used my personnal identifying information for fraudulent purposes, and for financial gain to deceive the federal goverment.

Thank You!



Logan Russell Farrell
1355 New York avenue N.E.
Washington, D.C. 20002


District of Columbia
Superior Courts
Civil Division Brief

Theory:
    According to The Washington Post, The Wall Street
Journal and CNN; all events are true pertaining to this
lawsuit and brief. Please fact check! Public corruption,
fraud, identity theft and ~~crypto~~ cryptocurrency (bitcoin)
has been an ongoing problem in the united states. These
issues are stemming from Baltimore, Maryland and 26
Federal Plaza - Manhhatten, New York city. The above
mentioned federal crimes were committed by former
2016-2020 presidential nominee Donald Trump; secretary
of state Hillary Rodman Clinton; district of columbia
mayor Muriel Bowser; new york governor Andrew M. Cuomo
and baltimore, maryland governor Larry Hogan. The
annually united states budget is $3 trillion dollars.
Since Donald Trump was elected president of the united
states we have experianced a yearly economic deficit/
decrease in the ahnual budget in the amount of $1.5
trillion dollars which required multiple multi-million

91

dollar bail-outs. How can multi-million dollar bail-outs resolve a $1.5 trillion dollar deficit/loss? Dureing the 2016 fisical year; Donald Trump personally released $600 billion dollars to china in exchange for cars. In 2016 Donald Trump also released $300 billion dollars from washington, d.c. to the shiek of saudi arabia for reasons undisclosed. Over the course of a life time, Donald Trump managed to evade internal revenue service (i.r.s.) for $957 million dollars. To make global economic hardship/tension worsen; the Trump administration raised taxes, tariffs and penalized steel imported/exported to russia and china. Dureing the Donald Trump campaign between 2016 and 2017; the identity, security clearance and occupational duties of 3 million federal goverament employee's were retrieved via satellite at 10,000 mph from china satellite to american satellite. The washington post later reported district of columbia mayor Muriel Bowser was in china selling lots and unoccupied buildings in downtown washington, d.c.. Dureing the 2016 presidential nominee campaign; Hillary Rodman Clinton hired brittish spy's and provided the brittish spy's with fake credentials to come to the united state's and infultrait/find incriminateing evidence on Donald Trump and his buisness's. Hillary Clinton was later investigated for opening her federal government email account creating a cyber-security breach in the federal government from Russia. $11 million dollars in oil was stolen in Baltimore, Maryland useing



For the 2016 presidential administration; Donald Trump drove the american economy to an all time low by committing identity fraud, manipulateing obamacare health insurance while simultaneusly causeing a government shutdown and furlough. A furlough is when millions of federal and non-federal government employee's are fired and laid off for under achievment/poor performance. Part of a furlough is only being able to keep or maintain government health benefits without pay. The 3 million furlough government recipients sold their identity and credentials to the district government whom submitted their identity to china and russia; which is why mayor Muriel Bowser was in china, and Hillary Clinton was in russia. While these events were takeing place senate and congress vacated thier seats and walked out of office. The Trump administration refused legislation for an economic stimulus package in order to monitor people whom filed ꭍclaims for unemployment and their bank accounts. Donald Trump only authorized three stimulus checks in the four years he was elected president. The washington post reported the Trump administration issued five hundred thousand stimulus checks to the social security numbers/identity's of deceased/dead united states citizens, while also trying to cut social security and obamacare. These events are government affairs concerning federal embezzalment, fraud and identity theft.

DISTRICT OF COLUMBIA
SHINGTON, D.C. 20001

OFFICIAL BUSINESS
PENALTY FOR MISUSE



ZIP 20001
02  4W          $ 002.36⁰
0000380478 NOV 29 2021

United States of America Department of Justice
555 4th Street N. W.
Washington, DC 20530

Civil Division
DEC 0 7 2021
US Attorney's Office DC

REFERRED
MAIL REFERRAL UNIT

DEC 0 6 2021

READER #4

X-RAYED
DEC 0 7 2021
DOJ MAILROOM

